AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Felipe Orduna-Torres<br><br>*Defendant(s)* | Case No. SA:14-MJ-0985 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 2, 2014__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a)(1) | Illegal Re-entry the United States after a previous deportation on on or about December 10, 2012 in violation of 8 U.S. Code Section 1326(a)(1). |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Donna DePaola   DHS/HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/02/2014

*Judge's signature*

City and state:   San Antonio, TX

Pamela Mathy  U.S. Magistrate Judge
*Printed name and title*

Maximum Penalties: 2 years, 1 year supervised release, $250,000 fine, and $100 special assessment fee

# AFFIDAVIT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge.

My name is Donna DePaola and I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), San Antonio, Texas and I have been employed as a Special Agent since April 1993. I am authorized by DHS/HSI to enforce the Immigration Laws and Regulations of the United States or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On October 2, 2014, at approximately 0050 hours, Bexar County Sheriff's Officer C. Reyna was travelling southbound on Southwest Loop 410, when he observed two vehicles parked without lights on Freeport Road in San Antonio, Texas. BCSO Reyna returned to the location where the vehicles were parked, but both vehicles had left the location. BSCO Reyna then travelled southbound on the 410 South access road, and observed the same two vehicles parked near a tractor-trailer. BCSO Reyna turned his spotlights on the two vehicles, and both vehicles immediately departed this location. BCSO Reyna pulled over a 2004 Ford Explorer with Texas license plates CCS3026 and a 2004 GMC truck with Texas license plates of DJH2281. When contact was made with these vehicles, BCSO Reyna identified twelve (12) Undocumented Aliens. All Undocumented Aliens, excluding one with outstanding warrants, were transported to HSI San Antonio for further investigation.

Upon arrival at HSI/San Antonio, Felipe Orduna-Torres' fingerprints were submitted through the Immigration and FBI databases which verified his identity. The databases revealed that Orduna-Torres was a citizen and national of Mexico, and had been assigned Alien Registration Number 205 758 553. A review of a copy of the documents contained within Alien Registration File 205 758 553, revealed that Orduna-Torres was an alien previously removed from the United States to Mexico on or about December 10, 2012.

Immigration databases also revealed that Orduna-Torres has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after deportation/removal.

Orduna-Torres was advised regarding his right to consular notification and the Consulate of Mexico was notified of Orduna-Torres's arrest.

_____
Donna DePaola
Special Agent
DHS/HSI

Subscribed and sworn before me the 2 day of October 2014

_____
United States Magistrate Judge
Pamela Mathy