UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2014 OCT 15  PM 2:42

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL NO. |
| | **SA14CR0841 XR** |
| v. | **INDICTMENT** |
| FELIPE ORDUNA-TORRES, | [Vio: 8 USC § 1326(a) |
| | Illegal Re-entry into the |
| Defendant. | United States] |

THE GRAND JURY CHARGES:

## COUNT ONE
[8 U.S.C. § 1326a]

That on or about October 02, 2014, in the Western District of Texas, Defendant,

FELIPE ORDUNA-TORRES,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed from the United States on or about December 10, 2012, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: _____
JUDITH A. PATTON
Assistant U.S. Attorney